**Ernesto Bayle DE VEGA, a.k.a. Ernesto Bayle Vega, a.k.a. Ernie Devega, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–73116.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 13, 2011.

Ernesto Bayle De Vega, Abra, Philippines, pro se.

Lauren Fascett, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

## MEMORANDUM **

Ernesto Bayle De Vega, a native and citizen of the Philippines, petitions pro se

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") removal order. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary denial of De Vega's cancellation of removal application because De Vega has not raised a colorable constitutional or legal challenge to that determination. *See Bermudez v. Holder,* 586 F.3d 1167, 1169 (9th Cir.2009) (per curiam). In light of our disposition, we need not reach De Vega's contentions regarding his statutory eligibility for cancellation of removal.

We also lack jurisdiction to review De Vega's contention that the IJ violated due process by not granting him a continuance because he failed to exhaust it before the agency. *See Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**